Matter of JHK Dev., LLC v Town of Salina (2025 NY Slip Op 01560)

Matter of JHK Dev., LLC v Town of Salina

2025 NY Slip Op 01560

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, NOWAK, AND HANNAH, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (823/24) OP 24-00645.

[*1]IN THE MATTER OF JHK DEVELOPMENT, LLC, PETITIONER, 
v
TOWN OF SALINA, TOWN OF SALINA TOWN BOARD AND UR-BAN VILLAGES PFA, LLC, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.